■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL DIAZ, Appellant. — Judgment, Supreme Court, Bronx County (Dorothy Kent, J.), rendered on June 9, 1982, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Asch, Silverman, Milonas and Alexander, JJ.

■ MILLEN INDUSTRIES, INC., Appellant, v AMERICAN MUTUAL INSURANCE COMPANY, Respondent. — Order, Supreme Court, New York County (Louis Grossman, J.), entered on March 21, 1983, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. The appeal from the order of said court entered on December 6, 1983, unanimously dismissed, without costs and without disbursements, as said order is nonappealable. No opinion. Concur — Kupferman, J. P., Silverman, Milonas and Alexander, JJ.